|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| ROBERT HATCHER,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MRS. ABLIOS; C. BRIGHAM; KAY; F. MICHAEL GARCIA; JACKIE BRADEN; and RANOR MIZE,<br><br>　　　　　　　　　Defendants. | Case No.: 18-cv-00562-WQH-JLB<br><br>**ORDER DENYING MOTION FOR CONFERENCES**<br><br>**[ECF No. 5]** |

Presently before the Court is Plaintiff Robert Hatcher's Motion for Conferences. (ECF No. 5.) Plaintiff, while housed at the San Diego Central Jail located in San Diego, California, and proceeding *pro se*, filed this civil rights action on March 16, 2018. (ECF No. 1.) In his Motion for Conferences, Plaintiff requests the Court set an early neutral evaluation conference, case management conference, status conference, and mandatory settlement conference. (ECF No. 5 at 2.)[1]

---

[1] Plaintiff attaches ten pages of exhibits to his Motion elaborating on his claims against Defendants. (ECF No. 5 at 4-14.) The Court does not construe these exhibits as a request for any relief other than Plaintiff's request to set the above conferences.

1

Plaintiff's Motion is **DENIED**. On March 27, 2018, the Court denied Plaintiff's Motion to Proceed in Forma Pauperis ("IFP") and dismissed this case for failure to prepay filing fees required by 28 U.S.C. § 1914(a). (ECF No. 3.) Plaintiff was granted thirty (30) days from March 27, 2018 to either prepay the filing fee or file a new motion to proceed IFP that includes a trust account statement. (*Id*. at 3.) The instant Motion for Conferences is procedurally improper as Plaintiff's case has been dismissed. Furthermore, the Local Rules provide that early neutral evaluation and case management conferences need not be set in § 1983 prisoner civil rights cases. CivLR 16.1(d). Accordingly, Plaintiff's Motion for Conferences is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 9, 2018

_Jill Burkhardt_
Hon. Jill L. Burkhardt
United States Magistrate Judge